PEOPLE ex rel. BLASE, Appellant, v. BLASE, Respondent. (Supreme Court, Appellate Division, First Department. February 15, 1901.) Proceedings by the people of the state of New York, on the relation of Henry Blase,

against Louise Blase. H. H. Morse, for appellant. H. O. Botty, for respondent. No opinion. Order affirmed, with costs.